| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
| --- | --- |
| **Nexus Bankruptcy**<br>**Benjamin Heston**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>**Phone: (949) 312-1377**<br>**Email: ben@nexusbk.com**<br>**Bar Number: 297798**<br>**Attorney for Debtor**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** RIVERSIDE DIVISION

| | |
| --- | --- |
| In re:<br><br>**David Mondragon**<br>**Stephanie Mondragon**<br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7<br><br>**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 09/22/2026 David Mondragon [signature]
Printed name of Debtor 1 Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☑ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 09/22/2026 Stephanie Mondragon
Printed name of Debtor 2
Signature of Debtor 2

Arrowhead credit union

Arrowhead Federal Credit Union
PO Box 4100, Dept. 85
Rancho Cucamonga, CA 91729
909-379-6643

**Pay Statement**

| | |
|---|---|
| Period Start Date | 09/07/2026 |
| Period End Date | 09/13/2026 |
| Pay Date | 09/18/2026 |
| Document | 463765 |
| **Net Pay** | **$1,215.73** |

## Pay Details

**David Mondragon**
29535 Olympic Dr.
Menifee, CA 92585
USA

| | | | |
|---|---|---|---|
| Employee Number | 4417 | Pay Group | Weekly |
| SSN | XXX-XX-XXXX | Location | Corporate |
| Job | Technology Specialist | Cost Center | 0075 - Information Systems |
| Pay Rate | $41.3500 | Unit Type | DEPT - Department |
| Pay Frequency | Weekly | Unit | INFOSY - Information Systems |
| | | Merger | N - No |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bonus Pay | 0.000000 | $0.0000 | $0.00 | $1,827.07 |
| California Meal | 0.000000 | $0.0000 | $0.00 | $656.83 |
| GTL Imputed Inc | | | $2.46 | $84.98 |
| Holiday | 8.000000 | $41.3500 | $330.80 | $2,503.28 |
| Overtime | 0.000000 | $0.0000 | $0.00 | $3,063.25 |
| Overtime Coeffi | 0.000000 | $0.0000 | $0.00 | $99.47 |
| Regular Pay-Hourly | 30.870000 | $41.3500 | $1,276.47 | $54,455.35 |
| Sick Leave | 0.000000 | $0.0000 | $0.00 | $1,310.48 |
| Vacation | 0.000000 | $0.0000 | $0.00 | $3,997.28 |

Total Hours Worked **30.870000** Total Hours **38.870000**

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Reg & CU | Yes | $96.44 | $3,993.08 | $0.00 | $0.00 |
| AD&D Employee | No | $1.00 | $35.00 | $0.00 | $0.00 |
| ADD Child | No | $0.10 | $3.50 | $0.00 | $0.00 |
| Child Life | No | $0.40 | $14.00 | $0.00 | $0.00 |
| FSA - Medical | Yes | $20.83 | $729.05 | $0.00 | $0.00 |
| GTL Imputed Inc | No | $2.46 | $84.98 | $0.00 | $0.00 |
| Misc Deduction | No | $0.00 | $25.00 | $0.00 | $0.00 |
| Vol EE Life | No | $4.00 | $140.00 | $0.00 | $0.00 |
| Voluntary STD | No | $14.68 | $509.24 | $0.00 | $0.00 |
| 401k Match | Yes | $0.00 | $0.00 | $96.44 | $3,993.08 |
| Basic ADD | No | $0.00 | $0.00 | $0.87 | $30.13 |
| Basic Life | No | $0.00 | $0.00 | $3.24 | $112.36 |
| Basic LTD | No | $0.00 | $0.00 | $2.33 | $80.83 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $61.76 | $4,042.08 |
| Employee Medicare | $23.04 | $975.40 |
| Social Security Employee Tax | $98.51 | $4,170.67 |
| CA State Income Tax | $50.16 | $2,649.55 |
| CA Disability Employee | $20.62 | $873.39 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Sick | 0.0000 | 8.0000 |
| Vacation | 3.0770 | 133.2730 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxxx4201 | Checking | $109.42 |
| xxxxxxxx8032 | Checking | $1,106.31 |
| Total | | $1,215.73 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,609.73 | $1,492.46 | $254.09 | $139.91 | **$1,215.73** |
| YTD | $67,997.99 | $63,275.86 | $12,711.09 | $5,533.85 | $49,753.05 |

Arrowhead credit union
Arrowhead Federal Credit Union
PO Box 4100, Dept. 85
Rancho Cucamonga, CA 91729
909-379-6643

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/31/2026 |
| Period End Date | 09/06/2026 |
| Pay Date | 09/11/2026 |
| Document | 463159 |
| **Net Pay** | **$1,219.21** |

## Pay Details

**David Mondragon**
29535 Olympic Dr.
Menifee, CA 92585
USA

| | | | |
|---|---|---|---|
| Employee Number | 4417 | Pay Group | Weekly |
| SSN | XXX-XX-XXXX | Location | Corporate |
| Job | Technology Specialist | Cost Center | 0075 - Information Systems |
| Pay Rate | $41.3500 | Unit Type | DEPT - Department |
| Pay Frequency | Weekly | Unit | INFOSY - Information Systems |
| | | Merger | N - No |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bonus Pay | 0.000000 | $0.0000 | $0.00 | $1,827.07 |
| California Meal | 0.000000 | $0.0000 | $0.00 | $656.83 |
| GTL Imputed Inc | | | $2.46 | $82.52 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $2,172.48 |
| Overtime | 0.000000 | $0.0000 | $0.00 | $3,063.25 |
| Overtime Coeffi | 0.000000 | $0.0000 | $0.00 | $99.47 |
| Regular Pay-Hourly | 31.020000 | $41.3500 | $1,282.68 | $53,178.88 |
| Sick Leave | 0.000000 | $0.0000 | $0.00 | $1,310.48 |
| Vacation | 8.000000 | $41.3500 | $330.80 | $3,997.28 |

Total Hours Worked **31.020000** Total Hours **39.020000**

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Reg & CU | Yes | $96.81 | $3,896.64 | $0.00 | $0.00 |
| AD&D Employee | No | $1.00 | $34.00 | $0.00 | $0.00 |
| ADD Child | No | $0.10 | $3.40 | $0.00 | $0.00 |
| Child Life | No | $0.40 | $13.60 | $0.00 | $0.00 |
| FSA - Medical | Yes | $20.83 | $708.22 | $0.00 | $0.00 |
| GTL Imputed Inc | No | $2.46 | $82.52 | $0.00 | $0.00 |
| Misc Deduction | No | $0.00 | $25.00 | $0.00 | $0.00 |
| Vol EE Life | No | $4.00 | $136.00 | $0.00 | $0.00 |
| Voluntary STD | No | $14.68 | $494.56 | $0.00 | $0.00 |
| 401k Match | Yes | $0.00 | $0.00 | $96.81 | $3,896.64 |
| Basic ADD | No | $0.00 | $0.00 | $0.87 | $29.26 |
| Basic Life | No | $0.00 | $0.00 | $3.24 | $109.12 |
| Basic LTD | No | $0.00 | $0.00 | $2.33 | $78.50 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $63.05 | $3,980.32 |
| Employee Medicare | $23.13 | $952.36 |
| Social Security Employee Tax | $98.89 | $4,072.16 |
| CA State Income Tax | $50.67 | $2,599.39 |
| CA Disability Employee | $20.71 | $852.77 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Sick | 0.0000 | 8.0000 |
| Vacation | 3.0770 | 130.1960 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxxx4201 | Checking | $109.73 |
| xxxxxxxx8032 | Checking | $1,109.48 |
| Total | | $1,219.21 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,615.94 | $1,498.30 | $256.45 | $140.28 | **$1,219.21** |
| YTD | $66,388.26 | $61,783.40 | $12,457.00 | $5,393.94 | $48,537.32 |

Arrowhead credit union
Arrowhead Federal Credit Union
PO Box 4100, Dept. 85
Rancho Cucamonga, CA 91729
909-379-6643

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/24/2026 |
| Period End Date | 08/30/2026 |
| Pay Date | 09/04/2026 |
| Document | 462552 |
| **Net Pay** | **$1,248.68** |

## Pay Details

**David Mondragon**
29535 Olympic Dr.
Menifee, CA 92585
USA

| | | | |
|---|---|---|---|
| Employee Number | 4417 | Pay Group | Weekly |
| SSN | XXX-XX-XXXX | Location | Corporate |
| Job | Technology Specialist | Cost Center | 0075 - Information Systems |
| Pay Rate | $41.3500 | Unit Type | DEPT - Department |
| Pay Frequency | Weekly | Unit | INFOSY - Information Systems |
| | | Merger | N - No |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bonus Pay | 0.000000 | $0.0000 | $0.00 | $1,827.07 |
| California Meal | 0.000000 | $0.0000 | $0.00 | $656.83 |
| GTL Imputed Inc | | | $2.46 | $80.06 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $2,172.48 |
| Overtime | 0.210000 | $62.0250 | $13.03 | $3,063.25 |
| Overtime Coeffi | 0.000000 | $0.0000 | $0.00 | $99.47 |
| Regular Pay-Hourly | 40.000000 | $41.3500 | $1,654.00 | $51,896.20 |
| Sick Leave | 0.000000 | $0.0000 | $0.00 | $1,310.48 |
| Vacation | 0.000000 | $0.0000 | $0.00 | $3,666.48 |

**Total Hours Worked** 40.210000 **Total Hours** 40.210000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Reg & CU | Yes | $100.02 | $3,799.83 | $0.00 | $0.00 |
| AD&D Employee | No | $1.00 | $33.00 | $0.00 | $0.00 |
| ADD Child | No | $0.10 | $3.30 | $0.00 | $0.00 |
| Child Life | No | $0.40 | $13.20 | $0.00 | $0.00 |
| FSA - Medical | Yes | $20.83 | $687.39 | $0.00 | $0.00 |
| GTL Imputed Inc | No | $2.46 | $80.06 | $0.00 | $0.00 |
| Misc Deduction | No | $0.00 | $25.00 | $0.00 | $0.00 |
| Vol EE Life | No | $4.00 | $132.00 | $0.00 | $0.00 |
| Voluntary STD | No | $14.68 | $479.88 | $0.00 | $0.00 |
| 401k Match | Yes | $0.00 | $0.00 | $100.02 | $3,799.83 |
| Basic ADD | No | $0.00 | $0.00 | $0.87 | $28.39 |
| Basic Life | No | $0.00 | $0.00 | $3.24 | $105.88 |
| Basic LTD | No | $0.00 | $0.00 | $2.33 | $76.17 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $74.12 | $3,917.27 |
| Employee Medicare | $23.90 | $929.23 |
| Social Security Employee Tax | $102.22 | $3,973.27 |
| CA State Income Tax | $55.68 | $2,548.72 |
| CA Disability Employee | $21.40 | $832.06 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Sick | 0.0000 | 8.0000 |
| Vacation | 3.0770 | 135.1190 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxxx4201 | Checking | $112.38 |
| xxxxxxxx8032 | Checking | $1,136.30 |
| Total | | $1,248.68 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,669.49 | $1,548.64 | $277.32 | $143.49 | **$1,248.68** |
| YTD | $64,772.32 | $60,285.10 | $12,200.55 | $5,253.66 | $47,318.11 |

Arrowhead credit union
Arrowhead Federal Credit Union
PO Box 4100, Dept. 85
Rancho Cucamonga, CA 91729
909-379-6643

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/17/2026 |
| Period End Date | 08/23/2026 |
| Pay Date | 08/28/2026 |
| Document | 461944 |
| **Net Pay** | **$1,268.92** |

## Pay Details

**David Mondragon**
29535 Olympic Dr.
Menifee, CA 92585
USA

| | | | |
|---|---|---|---|
| Employee Number | 4417 | Pay Group | Weekly |
| SSN | XXX-XX-XXXX | Location | Corporate |
| Job | Technology Specialist | Cost Center | 0075 - Information Systems |
| Pay Rate | $41.3500 | Unit Type | DEPT - Department |
| Pay Frequency | Weekly | Unit | INFOSY - Information Systems |
| | | Merger | N - No |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bonus Pay | 0.000000 | $0.0000 | $0.00 | $1,827.07 |
| California Meal | 1.000000 | $41.3500 | $41.35 | $656.83 |
| GTL Imputed Inc | | | $2.46 | $77.60 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $2,172.48 |
| Overtime | 0.580000 | $62.0250 | $35.97 | $3,050.22 |
| Overtime Coeffi | 0.000000 | $0.0000 | $0.00 | $99.47 |
| Regular Pay-Hourly | 31.340000 | $41.3500 | $1,295.91 | $50,242.20 |
| Sick Leave | 8.000000 | $41.3500 | $330.80 | $1,310.48 |
| Vacation | 0.000000 | $0.0000 | $0.00 | $3,666.48 |

Total Hours Worked **31.920000** Total Hours **39.920000**

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Reg & CU | Yes | $102.24 | $3,699.81 | $0.00 | $0.00 |
| AD&D Employee | No | $1.00 | $32.00 | $0.00 | $0.00 |
| ADD Child | No | $0.10 | $3.20 | $0.00 | $0.00 |
| Child Life | No | $0.40 | $12.80 | $0.00 | $0.00 |
| FSA - Medical | Yes | $20.83 | $666.56 | $0.00 | $0.00 |
| GTL Imputed Inc | No | $2.46 | $77.60 | $0.00 | $0.00 |
| Misc Deduction | No | $0.00 | $25.00 | $0.00 | $0.00 |
| Vol EE Life | No | $4.00 | $128.00 | $0.00 | $0.00 |
| Voluntary STD | No | $14.68 | $465.20 | $0.00 | $0.00 |
| 401k Match | Yes | $0.00 | $0.00 | $102.24 | $3,699.81 |
| Basic ADD | No | $0.00 | $0.00 | $0.87 | $27.52 |
| Basic Life | No | $0.00 | $0.00 | $3.24 | $102.64 |
| Basic LTD | No | $0.00 | $0.00 | $2.33 | $73.84 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $81.78 | $3,843.15 |
| Employee Medicare | $24.45 | $905.33 |
| Social Security Employee Tax | $104.51 | $3,871.05 |
| CA State Income Tax | $59.24 | $2,493.04 |
| CA Disability Employee | $21.88 | $810.66 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Sick | 0.0000 | 8.0000 |
| Vacation | 3.0770 | 132.0420 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxxx4201 | Checking | $114.20 |
| xxxxxxxx8032 | Checking | $1,154.72 |
| Total | | $1,268.92 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,706.49 | $1,583.42 | $291.86 | $145.71 | **$1,268.92** |
| YTD | $63,102.83 | $58,736.46 | $11,923.23 | $5,110.17 | $46,069.43 |

Arrowhead credit union
Arrowhead Federal Credit Union
PO Box 4100, Dept. 85
Rancho Cucamonga, CA 91729
909-379-6643

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/10/2026 |
| Period End Date | 08/16/2026 |
| Pay Date | 08/21/2026 |
| Document | 461339 |
| **Net Pay** | **$1,236.22** |

## Pay Details

**David Mondragon**
29535 Olympic Dr.
Menifee, CA 92585
USA

| | | | |
|---|---|---|---|
| Employee Number | 4417 | Pay Group | Weekly |
| SSN | XXX-XX-XXXX | Location | Corporate |
| Job | Technology Specialist | Cost Center | 0075 - Information Systems |
| Pay Rate | $41.3500 | Unit Type | DEPT - Department |
| Pay Frequency | Weekly | Unit | INFOSY - Information Systems |
| | | Merger | N - No |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bonus Pay | 0.000000 | $0.0000 | $0.00 | $1,827.07 |
| California Meal | 0.000000 | $0.0000 | $0.00 | $615.48 |
| GTL Imputed Inc | | | $2.46 | $75.14 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $2,172.48 |
| Overtime | 0.190000 | $62.0250 | $11.78 | $3,014.25 |
| Overtime Coeffi | 0.000000 | $0.0000 | $0.00 | $99.47 |
| Regular Pay-Hourly | 39.480000 | $41.3500 | $1,632.50 | $48,946.29 |
| Sick Leave | 0.000000 | $0.0000 | $0.00 | $979.68 |
| Vacation | 0.000000 | $0.0000 | $0.00 | $3,666.48 |

Total Hours Worked **39.670000** Total Hours **39.670000**

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Reg & CU | Yes | $98.66 | $3,597.57 | $0.00 | $0.00 |
| AD&D Employee | No | $1.00 | $31.00 | $0.00 | $0.00 |
| ADD Child | No | $0.10 | $3.10 | $0.00 | $0.00 |
| Child Life | No | $0.40 | $12.40 | $0.00 | $0.00 |
| FSA - Medical | Yes | $20.83 | $645.73 | $0.00 | $0.00 |
| GTL Imputed Inc | No | $2.46 | $75.14 | $0.00 | $0.00 |
| Misc Deduction | No | $0.00 | $25.00 | $0.00 | $0.00 |
| Vol EE Life | No | $4.00 | $124.00 | $0.00 | $0.00 |
| Voluntary STD | No | $14.68 | $450.52 | $0.00 | $0.00 |
| 401k Match | Yes | $0.00 | $0.00 | $98.66 | $3,597.57 |
| Basic ADD | No | $0.00 | $0.00 | $0.87 | $26.65 |
| Basic Life | No | $0.00 | $0.00 | $3.24 | $99.40 |
| Basic LTD | No | $0.00 | $0.00 | $2.33 | $71.51 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $69.42 | $3,761.37 |
| Employee Medicare | $23.57 | $880.88 |
| Social Security Employee Tax | $100.81 | $3,766.54 |
| CA State Income Tax | $53.49 | $2,433.80 |
| CA Disability Employee | $21.10 | $788.78 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Sick | 0.0000 | 16.0000 |
| Vacation | 3.0770 | 128.9650 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxxx4201 | Checking | $111.26 |
| xxxxxxxx8032 | Checking | $1,124.96 |
| Total | | $1,236.22 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,646.74 | $1,527.25 | $268.39 | $142.13 | **$1,236.22** |
| YTD | $61,396.34 | $57,153.04 | $11,631.37 | $4,964.46 | $44,800.51 |

Arrowhead credit union
Arrowhead Federal Credit Union
PO Box 4100, Dept. 85
Rancho Cucamonga, CA 91729
909-379-6643

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/03/2026 |
| Period End Date | 08/09/2026 |
| Pay Date | 08/14/2026 |
| Document | 00009 |
| **Net Pay** | **$0.00** |

## Pay Details

**David Mondragon**
29535 Olympic Dr.
Menifee, CA 92585
USA

| | |
|---|---|
| Employee Number | 4417 |
| SSN | XXX-XX-XXXX |
| Job | Technology Specialist |
| Pay Rate | $41.3500 |
| Pay Frequency | Weekly |

| | |
|---|---|
| Pay Group | Weekly |
| Location | Corporate |
| Cost Center | 0075 - Information Systems |
| Unit Type | DEPT - Department |
| Unit | INFOSY - Information Systems |
| Merger | N - No |

## Earnings

| Pay Type | Hours | Pay Rate | Current |
|---|---|---|---|
| Bonus Pay | 0.000000 | $0.0000 | $27.07 |
| California Meal | 0.000000 | $0.0000 | $0.00 |
| GTL Imputed Inc | 0.000000 | $0.0000 | $0.00 |
| Holiday | 0.000000 | $0.0000 | $0.00 |
| Sick Leave | 0.000000 | $0.0000 | $0.00 |
| Overtime Coeffi | 0.000000 | $0.0000 | $0.00 |
| Overtime | 0.000000 | $0.0000 | $0.00 |
| Vacation | 0.000000 | $0.0000 | $0.00 |
| Regular Pay-Hourly | 0.000000 | $0.0000 | $0.00 |

Total Hours Worked **0.000000** Total Hours **0.000000**

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Reg & CU | Yes | $0.00 | $3,396.31 | $0.00 | $0.00 |
| 401k Match | Yes | $0.00 | $0.00 | $0.00 | $3,396.31 |
| AD&D Employee | No | $0.00 | $29.00 | $0.00 | $0.00 |
| Basic ADD | No | $0.00 | $0.00 | $0.00 | $24.91 |
| Basic Life | No | $0.00 | $0.00 | $0.00 | $92.92 |
| ADD Child | No | $0.00 | $2.90 | $0.00 | $0.00 |
| Child Life | No | $0.00 | $11.60 | $0.00 | $0.00 |
| FSA - Medical | Yes | $0.00 | $604.07 | $0.00 | $0.00 |
| GTL Imputed Inc | No | $0.00 | $70.22 | $0.00 | $0.00 |
| Basic LTD | No | $0.00 | $0.00 | $0.00 | $66.85 |
| Vol EE Life | No | $0.00 | $116.00 | $0.00 | $0.00 |
| Voluntary STD | No | $0.00 | $421.16 | $0.00 | $0.00 |
| Misc Deduction | No | $25.00 | $25.00 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| CA Disability Employee | $0.00 | $745.36 |
| CA State Income Tax | $0.00 | $2,320.49 |
| Federal Income Tax | $0.00 | $3,608.93 |
| Employee Medicare | $0.39 | $832.78 |
| Social Security Employee Tax | $1.68 | $3,560.85 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| No records found | | |

Arrowhead credit union

Arrowhead Federal Credit Union
PO Box 4100, Dept. 85
Rancho Cucamonga, CA 91729
909-379-6643

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/03/2026 |
| Period End Date | 08/09/2026 |
| Pay Date | 08/14/2026 |
| Document | 460731 |
| **Net Pay** | **$1,271.85** |

## Pay Details

**David Mondragon**
29535 Olympic Dr.
Menifee, CA 92585
USA

| | | | |
|---|---|---|---|
| Employee Number | 4417 | Pay Group | Weekly |
| SSN | XXX-XX-XXXX | Location | Corporate |
| Job | Technology Specialist | Cost Center | 0075 - Information Systems |
| Pay Rate | $41.3500 | Unit Type | DEPT - Department |
| Pay Frequency | Weekly | Unit | INFOSY - Information Systems |
| | | Merger | N - No |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bonus Pay | 0.000000 | $0.0000 | $0.00 | $1,827.07 |
| California Meal | 1.000000 | $41.3500 | $41.35 | $615.48 |
| GTL Imputed Inc | | | $2.46 | $72.68 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $2,172.48 |
| Overtime | 0.970000 | $62.0250 | $60.16 | $3,002.47 |
| Overtime Coeffi | 0.000000 | $0.0000 | $0.00 | $99.47 |
| Regular Pay-Hourly | 38.900000 | $41.3500 | $1,608.52 | $47,313.79 |
| Sick Leave | 0.000000 | $0.0000 | $0.00 | $979.68 |
| Vacation | 0.000000 | $0.0000 | $0.00 | $3,666.48 |

Total Hours Worked **39.870000** Total Hours **39.870000**

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Reg & CU | Yes | $102.60 | $3,498.91 | $0.00 | $0.00 |
| AD&D Employee | No | $1.00 | $30.00 | $0.00 | $0.00 |
| ADD Child | No | $0.10 | $3.00 | $0.00 | $0.00 |
| Child Life | No | $0.40 | $12.00 | $0.00 | $0.00 |
| FSA - Medical | Yes | $20.83 | $624.90 | $0.00 | $0.00 |
| GTL Imputed Inc | No | $2.46 | $72.68 | $0.00 | $0.00 |
| Misc Deduction | No | $0.00 | $25.00 | $0.00 | $0.00 |
| Vol EE Life | No | $4.00 | $120.00 | $0.00 | $0.00 |
| Voluntary STD | No | $14.68 | $435.84 | $0.00 | $0.00 |
| 401k Match | Yes | $0.00 | $0.00 | $102.60 | $3,498.91 |
| Basic ADD | No | $0.00 | $0.00 | $0.87 | $25.78 |
| Basic Life | No | $0.00 | $0.00 | $3.24 | $96.16 |
| Basic LTD | No | $0.00 | $0.00 | $2.33 | $69.18 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $83.02 | $3,691.95 |
| Employee Medicare | $24.53 | $857.31 |
| Social Security Employee Tax | $104.88 | $3,665.73 |
| CA State Income Tax | $59.82 | $2,380.31 |
| CA Disability Employee | $22.32 | $767.68 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Sick | 0.0000 | 16.0000 |
| Vacation | 3.0770 | 125.8880 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxxx4201 | Checking | $114.47 |
| xxxxxxxx8032 | Checking | $1,157.38 |
| Total | | $1,271.85 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,712.49 | $1,589.06 | $294.57 | $146.07 | **$1,271.85** |
| YTD | $59,749.60 | $55,625.79 | $11,362.98 | $4,822.33 | $43,564.29 |

Arrowhead credit union
Arrowhead Federal Credit Union
PO Box 4100, Dept. 85
Rancho Cucamonga, CA 91729
909-379-6643

**Pay Statement**

| | |
|---|---|
| Period Start Date | 07/27/2026 |
| Period End Date | 08/02/2026 |
| Pay Date | 08/07/2026 |
| Document | 460122 |
| **Net Pay** | **$1,222.69** |

## Pay Details

**David Mondragon**
29535 Olympic Dr.
Menifee, CA 92585
USA

| | | | |
|---|---|---|---|
| Employee Number | 4417 | Pay Group | Weekly |
| SSN | XXX-XX-XXXX | Location | Corporate |
| Job | Technology Specialist | Cost Center | 0075 - Information Systems |
| Pay Rate | $41.3500 | Unit Type | DEPT - Department |
| Pay Frequency | Weekly | Unit | INFOSY - Information Systems |
| | | Merger | N - No |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bonus Pay | 0.000000 | $0.0000 | $0.00 | $1,800.00 |
| California Meal | 0.000000 | $0.0000 | $0.00 | $574.13 |
| GTL Imputed Inc | | | $2.46 | $70.22 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $2,172.48 |
| Overtime | 0.000000 | $0.0000 | $0.00 | $2,942.31 |
| Overtime Coeffi | 0.000000 | $0.0000 | $0.00 | $99.47 |
| Regular Pay-Hourly | 31.170000 | $41.3500 | $1,288.88 | $45,705.27 |
| Sick Leave | 0.000000 | $0.0000 | $0.00 | $979.68 |
| Vacation | 8.000000 | $41.3500 | $330.80 | $3,666.48 |

Total Hours Worked 31.170000 Total Hours 39.170000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Reg & CU | Yes | $97.18 | $3,396.31 | $0.00 | $0.00 |
| AD&D Employee | No | $1.00 | $29.00 | $0.00 | $0.00 |
| ADD Child | No | $0.10 | $2.90 | $0.00 | $0.00 |
| Child Life | No | $0.40 | $11.60 | $0.00 | $0.00 |
| FSA - Medical | Yes | $20.83 | $604.07 | $0.00 | $0.00 |
| GTL Imputed Inc | No | $2.46 | $70.22 | $0.00 | $0.00 |
| Vol EE Life | No | $4.00 | $116.00 | $0.00 | $0.00 |
| Voluntary STD | No | $14.68 | $421.16 | $0.00 | $0.00 |
| 401k Match | Yes | $0.00 | $0.00 | $97.18 | $3,396.31 |
| Basic ADD | No | $0.00 | $0.00 | $0.87 | $24.91 |
| Basic Life | No | $0.00 | $0.00 | $3.24 | $92.92 |
| Basic LTD | No | $0.00 | $0.00 | $2.33 | $66.85 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $64.33 | $3,608.93 |
| Employee Medicare | $23.22 | $832.39 |
| Social Security Employee Tax | $99.28 | $3,559.17 |
| CA State Income Tax | $51.19 | $2,320.49 |
| CA Disability Employee | $20.78 | $745.36 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Sick | 0.0000 | 16.0000 |
| Vacation | 3.0770 | 122.8110 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxxx4201 | Checking | $110.04 |
| xxxxxxxx8032 | Checking | $1,112.65 |
| Total | | $1,222.69 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,622.14 | $1,504.13 | $258.80 | $140.65 | **$1,222.69** |
| YTD | $58,010.04 | $54,009.66 | $11,066.34 | $4,651.26 | $42,292.44 |

Arrowhead credit union

Arrowhead Federal Credit Union
PO Box 4100, Dept. 85
Rancho Cucamonga, CA 91729
909-379-6643

**Pay Statement**

| | |
|---|---|
| Period Start Date | 07/20/2026 |
| Period End Date | 07/26/2026 |
| Pay Date | 07/31/2026 |
| Document | 459525 |
| **Net Pay** | **$1,262.84** |

## Pay Details

**David Mondragon**
29535 Olympic Dr.
Menifee, CA 92585
USA

| | |
|---|---|
| Employee Number | 4417 |
| SSN | XXX-XX-XXXX |
| Job | Technology Specialist |
| Pay Rate | $41.3500 |
| Pay Frequency | Weekly |

| | |
|---|---|
| Pay Group | Weekly |
| Location | Corporate |
| Cost Center | 0075 - Information Systems |
| Unit Type | DEPT - Department |
| Unit | INFOSY - Information Systems |
| Merger | N - No |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bonus Pay | 0.000000 | $0.0000 | $0.00 | $1,800.00 |
| California Meal | 0.000000 | $0.0000 | $0.00 | $574.13 |
| GTL Imputed Inc | 0.000000 | $0.0000 | $0.00 | $67.76 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $2,172.48 |
| Overtime | 0.090000 | $62.0250 | $5.58 | $2,942.31 |
| Overtime Coeffi | 0.000000 | $0.0000 | $0.00 | $99.47 |
| Regular Pay-Hourly | 31.330000 | $41.3500 | $1,295.50 | $44,416.39 |
| Sick Leave | 8.000000 | $41.3500 | $330.80 | $979.68 |
| Vacation | 0.000000 | $0.0000 | $0.00 | $3,335.68 |

Total Hours Worked 31.420000 Total Hours 39.420000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Reg & CU | Yes | $97.91 | $3,299.13 | $0.00 | $0.00 |
| AD&D Employee | No | $0.00 | $28.00 | $0.00 | $0.00 |
| ADD Child | No | $0.00 | $2.80 | $0.00 | $0.00 |
| Child Life | No | $0.00 | $11.20 | $0.00 | $0.00 |
| FSA - Medical | Yes | $0.00 | $583.24 | $0.00 | $0.00 |
| GTL Imputed Inc | No | $0.00 | $67.76 | $0.00 | $0.00 |
| Vol EE Life | No | $0.00 | $112.00 | $0.00 | $0.00 |
| Voluntary STD | No | $0.00 | $406.48 | $0.00 | $0.00 |
| 401k Match | Yes | $0.00 | $0.00 | $97.91 | $3,299.13 |
| Basic ADD | No | $0.00 | $0.00 | $0.00 | $24.04 |
| Basic Life | No | $0.00 | $0.00 | $0.00 | $89.68 |
| Basic LTD | No | $0.00 | $0.00 | $0.00 | $64.52 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $70.90 | $3,544.60 |
| Employee Medicare | $23.66 | $809.17 |
| Social Security Employee Tax | $101.18 | $3,459.89 |
| CA State Income Tax | $54.18 | $2,269.30 |
| CA Disability Employee | $21.21 | $724.58 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Sick | 0.0000 | 16.0000 |
| Vacation | 3.0770 | 127.7340 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxxx4201 | Checking | $113.66 |
| xxxxxxxx8032 | Checking | $1,149.18 |
| Total | | $1,262.84 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,631.88 | $1,533.97 | $271.13 | $97.91 | **$1,262.84** |
| YTD | $56,387.90 | $52,505.53 | $10,807.54 | $4,510.61 | $41,069.75 |

# Payslip Details

| Employee Details | |
|---|---|
| Person Number | 20399158 |
| Name | Stephanie Mondragon |
| Home Address | 29535 Olympic Drive<br>Menifee, CA 92585 |
| Company | Merrill Lynch, Pierce, Fenner & Smith Inc<br>One Bryant Park<br>New York, NY 10036 |
| Work Location | US - CA - Lake Elsinore - 18291 Collier Ave (CA6217) |
| State Business ID# | 134-2251-4 |
| Cost Center | 0001878794 |
| GL Company | 3017 |
| Pay Rate | $71,050.00 Annual |

| Payroll Details | |
|---|---|
| Pay Frequency | Semi-monthly |
| Pay Begin Date | 07/16/2026 |
| Pay End Date | 07/31/2026 |
| Advice # | N/A |
| Pay Date | 07/31/2026 |

| Tax Details | |
|---|---|
| Federal Tax Marital Status | Married filing jointly (or Qualifying widow(er)) |
| Federal Allowances | 0 |
| Federal Addl Withholding | $0.00 |
| W-4 - Total Dependent Amount | 4,000 |
| W-4 – Multiple Jobs or Spouse Work | No |
| W-4 – Other Income | 0 |
| W-4 - Deduction | 0 |
| CA Tax Marital Status | Single or Married (with two or more incomes) |
| CA Allowances | 0 |
| CA Addl Withholding | $0.00 |

## Hours and Earnings

| Description | Prior Period Begin Date | Prior Period End Date | Rate | Current Hours | YTD Hours | Current Earnings | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Accr Stock Div Equivalent | | | | | | | 200.72 |
| CA Disability Offset | | | 2960.42 | 86.67 | 724.876 | -2,072.38 | -15,956.86 |
| Incentive | | | | | | | 3,539.12 |
| *GTL Imputed | | | | | | 1.55 | 24.80 |
| *GTL Offset | | | | | | | -4.65 |
| Regular Earnings | | | | | | | 7,293.39 |
| RS Unit Vesting | | | | | | | 3,662.68 |
| STD Leave Pay-70% | | | 23.9111 | 86.67 | 638.206 | 2,072.38 | 15,260.25 |
| Well Rewards | | | | | | | 89.83 |
| Short Term Disability Leave Pay - 100% | | | | | | | 10,873.66 |
| CA Disability Offset | | | | | | | -9,764.36 |
| Occasional Illness | | | | | | | 1,140.96 |
| **Total (Hours and Earnings)**<br>* indicates an Imputed Earning | | | | | | **1.55** | **16,359.54** |

## Employee Taxes

| Description | Current Wages | YTD Wages | Current Withheld | YTD Withheld |
|---|---|---|---|---|
| Social Security | 1.55 | 14,973.13 | 0.00 | 928.24 |
| Medicare | 1.55 | 14,973.13 | 0.00 | 217.09 |
| Federal Withholding | 1.55 | 14,440.26 | 0.00 | 1,707.09 |
| State Tax (Work) - CA | 1.55 | 14,440.26 | 0.00 | 679.76 |
| CA State Dis Ins - CASI | 0.00 | 14,952.98 | 0.00 | 186.04 |
| **Total (Taxes)** | | | **0.00** | **3,718.22** |

## Direct Deposit Distribution

| Financial Institution | Account | Type | Amount |
|---|---|---|---|
| BANK OF AMERICA, N.A. | ******8032 | | 0.00 |

## Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| AD&D Insurance | 0.00 | 7.63 |
| Pre-tax 401(k) | | 532.87 |
| Dental (Adjustment) | | -247.64 |
| Dental (Regular) | 0.00 | 441.19 |
| Health FSA | 0.00 | 185.43 |
| Medical (Adjustment) | | -1,458.93 |
| Medical (Regular) | 0.00 | 2,504.38 |
| Purchased Time Off (Adjustment) | | -130.96 |
| Purchased Time Off (Regular) | | 56.93 |
| Vision (Adjustment) | | -37.84 |
| Vision (Regular) | 0.00 | 66.22 |
| **Total (Pre-Tax Deductions)** | **0.00** | **1,919.28** |

## After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Child Life Insurance | 0.00 | -0.16 |
| Critical Illness Ins (Adjustment) | | 5.48 |
| Critical Illness Ins (Regular) | 0.00 | 44.00 |
| 401(k) Plan Loan (001) | | 1,572.69 |
| 401(k) Plan Loan (002) | | 228.64 |
| GUOffsetWEL | | 56.10 |
| Pre-Paid Legal Plan (Adjustment) | | -29.00 |
| Pre-Paid Legal Plan (Regular) | 0.00 | 29.00 |
| LTD Insurance-After Tax | 0.00 | -1.25 |
| Medical Post-Tax (Adjustment) | | 156.85 |
| RSU Vest Net | | 2,287.33 |
| Assoc Supp Life Ins | 0.00 | -11.66 |
| **Total (After-Tax Deductions)** | **0.00** | **4,338.02** |

# Payslip Details

| Pay Summary | | | | | |
|---|---|---|---|---|---|
| | **Gross (less imputed)** | **less Pre-Tax Deductions** | **less Taxes** | **less After-Tax Deductions** | **equals Net Pay** |
| **Current** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **YTD** | 16,339.39 | 1,919.28 | 3,718.22 | 4,338.02 | 6,363.87 |

Visit HR Connect > Money > Payslips for information about your payslip. If you have questions, please contact the Global HR Service Center at 800.556.6044

# Payslip Details

| Time Off (Note: If you are a salaried employee, benefit hours taken may not be reflected in the available balance) | | | |
|---|---|---|---|
| **Description** | **Current Period Accrual** | **Current Period Hours Taken** | **Available Balance** |
| US - Occasional Illness | 3.34 | 0 | 33.4 |
| US – Vacation | 0 | 0 | 160 |
| US - Public Health Event | 0 | 0 | 0 |

# Payslip Details

| Employee Details | |
|---|---|
| **Person Number** | 20399158 |
| **Name** | Stephanie Mondragon |
| **Home Address** | 29535 Olympic Drive<br>Menifee, CA 92585 |
| **Company** | Merrill Lynch, Pierce, Fenner & Smith Inc<br>One Bryant Park<br>New York, NY 10036 |
| **Work Location** | US - CA - Lake Elsinore - 18291 Collier Ave (CA6217) |
| **State Business ID#** | 134-2251-4 |
| **Cost Center** | 0001878794 |
| **GL Company** | 3017 |
| **Pay Rate** | $71,050.00 Annual |

| Payroll Details | |
|---|---|
| **Pay Frequency** | Semi-monthly |
| **Pay Begin Date** | 08/01/2026 |
| **Pay End Date** | 08/15/2026 |
| **Advice #** | N/A |
| **Pay Date** | 07/31/2026 |

| Tax Details | |
|---|---|
| **Federal Tax Marital Status** | Married filing jointly (or Qualifying widow(er)) |
| **Federal Allowances** | 0 |
| **Federal Addl Withholding** | $0.00 |
| **W-4 - Total Dependent Amount** | 4,000 |
| **W-4 – Multiple Jobs or Spouse Work** | No |
| **W-4 – Other Income** | 0 |
| **W-4 - Deduction** | 0 |
| **CA Tax Marital Status** | Single or Married (with two or more incomes) |
| **CA Allowances** | 0 |
| **CA Addl Withholding** | $0.00 |

## Hours and Earnings

| Description | Prior Period Begin Date | Prior Period End Date | Rate | Current Hours | YTD Hours | Current Earnings | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Accr Stock Div Equivalent | | | | | | | 200.72 |
| Incentive | | | | | | | 3,539.12 |
| *GTL Imputed | | | | | | | 24.80 |
| *GTL Offset | | | | | | | -4.65 |
| Regular Earnings | | | | | | | 7,293.39 |
| RS Unit Vesting | | | | | | | 3,662.68 |
| Global Recognition | | | | | | 9.28 | 9.28 |
| Well Rewards | | | | | | | 89.83 |
| Short Term Disability Leave Pay - 100% | | | | | | | 10,873.66 |
| CA Disability Offset | | | | | | | -9,764.36 |
| CA Disability Offset | | | | | | | -15,956.86 |
| Occasional Illness | | | | | | | 1,140.96 |
| STD Leave Pay-70% | | | | | | | 15,260.25 |
| **Total (Hours and Earnings)** | | | | | | **9.28** | **16,368.82** |

* indicates an Imputed Earning

## Employee Taxes

| Description | Current Wages | YTD Wages | Current Withheld | YTD Withheld |
|---|---|---|---|---|
| Social Security | 9.28 | 14,982.41 | 0.67 | 928.91 |
| Medicare | 9.28 | 14,982.41 | 0.15 | 217.24 |
| Federal Withholding | 9.28 | 14,449.54 | 2.04 | 1,709.13 |
| State Tax (Work) - CA | 9.28 | 14,449.54 | 0.61 | 680.37 |
| CA State Dis Ins - CASI | 9.28 | 14,962.26 | 0.08 | 186.12 |
| **Total (Taxes)** | | | **3.55** | **3,721.77** |

## Direct Deposit Distribution

| Financial Institution | Account | Type | Amount |
|---|---|---|---|
| BANK OF AMERICA, N.A. | ******8032 | | 0.00 |

## Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| AD&D Insurance | | 7.63 |
| Pre-tax 401(k) | | 532.87 |
| Dental (Adjustment) | | -247.64 |
| Dental (Regular) | | 441.19 |
| Health FSA | | 185.43 |
| Medical (Adjustment) | | -1,458.93 |
| Medical (Regular) | | 2,504.38 |
| Purchased Time Off (Adjustment) | | -130.96 |
| Purchased Time Off (Regular) | | 56.93 |
| Vision (Adjustment) | | -37.84 |
| Vision (Regular) | | 66.22 |
| **Total (Pre-Tax Deductions)** | | **1,919.28** |

## After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Child Life Insurance | | -0.16 |
| Critical Illness Ins (Adjustment) | | 5.48 |
| Critical Illness Ins (Regular) | | 44.00 |
| 401(k) Plan Loan (001) | | 1,572.69 |
| 401(k) Plan Loan (002) | | 228.64 |
| GUOffsetWEL | | 56.10 |
| Pre-Paid Legal Plan (Adjustment) | | -29.00 |
| Pre-Paid Legal Plan (Regular) | | 29.00 |
| LTD Insurance-After Tax | | -1.25 |
| Medical Post-Tax (Adjustment) | | 156.85 |
| RSU Vest Net | | 2,287.33 |
| RecognitionGUOffset | 5.73 | 5.73 |

# Payslip Details

| After-Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **YTD** |
| Assoc Supp Life Ins | | -11.66 |
| **Total (After-Tax Deductions)** | **5.73** | **4,343.75** |

| Pay Summary | Gross (less imputed) | less Pre-Tax Deductions | less Taxes | less After-Tax Deductions | equals Net Pay |
|---|---|---|---|---|---|
| **Current** | 9.28 | | 3.55 | 5.73 | 0.00 |
| **YTD** | 16,348.67 | 1,919.28 | 3,721.77 | 4,343.75 | 6,363.87 |

Visit HR Connect > Money > Payslips for information about your payslip. If you have questions, please contact the Global HR Service Center at 800.556.6044

# Payslip Details

| Time Off (Note: If you are a salaried employee, benefit hours taken may not be reflected in the available balance) | | | |
|---|---|---|---|
| **Description** | **Current Period Accrual** | **Current Period Hours Taken** | **Available Balance** |
| US - Occasional Illness | 3.34 | 0 | 36.74 |
| US – Vacation | 0 | 0 | 160 |
| US - Public Health Event | 0 | 0 | 0 |

# Payslip Details

| Employee Details | |
|---|---|
| **Person Number** | 20399158 |
| **Name** | Stephanie Mondragon |
| **Home Address** | 29535 Olympic Drive<br>Menifee, CA 92585 |
| **Company** | Merrill Lynch, Pierce, Fenner & Smith Inc<br>One Bryant Park<br>New York, NY 10036 |
| **Work Location** | US - CA - Lake Elsinore - 18291 Collier Ave (CA6217) |
| **State Business ID#** | 134-2251-4 |
| **Cost Center** | 0001878794 |
| **GL Company** | 3017 |
| **Pay Rate** | $71,050.00 Annual |

| Payroll Details | |
|---|---|
| **Pay Frequency** | Semi-monthly |
| **Pay Begin Date** | 08/16/2026 |
| **Pay End Date** | 08/31/2026 |
| **Advice #** | N/A |
| **Pay Date** | 08/31/2026 |

| Tax Details | |
|---|---|
| **Federal Tax Marital Status** | Married filing jointly (or Qualifying widow(er)) |
| **Federal Allowances** | 0 |
| **Federal Addl Withholding** | $0.00 |
| **W-4 - Total Dependent Amount** | 4,000 |
| **W-4 – Multiple Jobs or Spouse Work** | No |
| **W-4 – Other Income** | 0 |
| **W-4 - Deduction** | 0 |
| **CA Tax Marital Status** | Single or Married (with two or more incomes) |
| **CA Allowances** | 0 |
| **CA Addl Withholding** | $0.00 |

## Hours and Earnings

| Description | Prior Period Begin Date | Prior Period End Date | Rate | Current Hours | YTD Hours | Current Earnings | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Accr Stock Div Equivalent | | | | | | | 200.72 |
| CA Disability Offset | | | 2960.42 | 7.879 | 819.426 | -188.40 | -18,217.64 |
| Incentive | | | | | | | 3,583.57 |
| *GTL Imputed | | | | | | 1.55 | 27.90 |
| *GTL Offset | | | | | | | -4.65 |
| Occasional Illness | | | 34.16 | 36.74 | 70.14 | 1,255.04 | 2,396.00 |
| Regular Earnings | | | | | | | 7,293.39 |
| RS Unit Vesting | | | | | | | 3,662.68 |
| STD Leave Pay-70% | | | 23.9111 | 7.879 | 732.756 | 188.40 | 17,521.03 |
| Global Recognition | | | | | | | 9.28 |
| Well Rewards | | | | | | | 89.83 |
| Short Term Disability Leave Pay - 100% | | | | | | | 10,873.66 |
| CA Disability Offset | | | | | | | -9,764.36 |
| **Total (Hours and Earnings)**<br>* indicates an Imputed Earning | | | | | | **1,256.59** | **17,671.41** |

## Employee Taxes

| Description | Current Wages | YTD Wages | Current Withheld | YTD Withheld |
|---|---|---|---|---|
| Social Security | 481.52 | 15,486.04 | 29.85 | 960.13 |
| Medicare | 481.52 | 15,486.04 | 6.98 | 224.55 |
| Federal Withholding | 418.77 | 14,890.42 | 0.00 | 1,713.83 |
| State Tax (Work) - CA | 418.77 | 14,890.42 | 0.00 | 680.37 |
| CA State Dis Ins - CASI | 479.97 | 15,462.79 | 6.24 | 201.02 |
| **Total (Taxes)** | | | **43.07** | **3,779.90** |

## Direct Deposit Distribution

| Financial Institution | Account | Type | Amount |
|---|---|---|---|
| BANK OF AMERICA, N.A. | ******8032 | | 0.00 |

## Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| AD&D Insurance | 5.30 | 12.93 |
| Pre-tax 401(k) | 62.75 | 595.62 |
| Dental (Adjustment) | | -247.64 |
| Dental (Regular) | 85.45 | 526.64 |
| Health FSA | 90.51 | 275.94 |
| Medical (Adjustment) | | -1,458.93 |
| Medical (Regular) | 507.02 | 3,035.29 |
| Purchased Time Off (Adjustment) | 74.01 | -56.95 |
| Purchased Time Off (Regular) | | 56.93 |
| Vision (Adjustment) | | -37.84 |
| Vision (Regular) | 12.78 | 79.00 |
| **Total (Pre-Tax Deductions)** | **837.82** | **2,780.99** |

## After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Child Life Insurance | 0.79 | 0.63 |
| Critical Illness Ins (Adjustment) | | 5.48 |
| Critical Illness Ins (Regular) | 7.43 | 56.93 |
| 401(k) Plan Loan (001) | | 1,572.69 |
| 401(k) Plan Loan (002) | | 228.64 |
| GUOffsetWEL | | 56.10 |
| Pre-Paid Legal Plan (Adjustment) | | -29.00 |
| Pre-Paid Legal Plan (Regular) | 9.79 | 38.79 |
| LTD Insurance-After Tax | 1.64 | 0.39 |
| Medical Post-Tax (Adjustment) | 339.69 | 496.54 |
| RSU Vest Net | | 2,287.33 |
| RecognitionGUOffset | | 5.73 |

# Payslip Details

**After-Tax Deductions**

| Description | Current | YTD |
|---|---|---|
| Assoc Supp Life Ins | 14.81 | 3.15 |
| **Total (After-Tax Deductions)** | **374.15** | **4,723.40** |

**Pay Summary**

| | Gross (less imputed) | less Pre-Tax Deductions | less Taxes | less After-Tax Deductions | equals Net Pay |
|---|---|---|---|---|---|
| **Current** | 1,255.04 | 837.82 | 43.07 | 374.15 | 0.00 |
| **YTD** | 17,648.16 | 2,780.99 | 3,779.90 | 4,723.40 | 6,363.87 |

Visit HR Connect > Money > Payslips for information about your payslip. If you have questions, please contact the Global HR Service Center at 800.556.6044

# Payslip Details

| Time Off (Note: If you are a salaried employee, benefit hours taken may not be reflected in the available balance) | | | |
|---|---|---|---|
| **Description** | **Current Period Accrual** | **Current Period Hours Taken** | **Available Balance** |
| US - Occasional Illness | 3.34 | 36.74 | 3.34 |
| US – Vacation | 0 | 0 | 160 |
| US - Public Health Event | 0 | 0 | 0 |

# Payslip Details

| Employee Details | |
|---|---|
| Person Number | 20399158 |
| Name | Stephanie Mondragon |
| Home Address | 29535 Olympic Drive<br>Menifee, CA 92585 |
| Company | Merrill Lynch, Pierce, Fenner & Smith Inc<br>One Bryant Park<br>New York, NY 10036 |
| Work Location | US - CA - Lake Elsinore - 18291 Collier Ave (CA6217) |
| State Business ID# | 134-2251-4 |
| Cost Center | 0001878794 |
| GL Company | 3017 |
| Pay Rate | $71,050.00 Annual |

| Payroll Details | |
|---|---|
| Pay Frequency | Semi-monthly |
| Pay Begin Date | 09/01/2026 |
| Pay End Date | 09/15/2026 |
| Advice # | N/A |
| Pay Date | 09/15/2026 |

| Tax Details | |
|---|---|
| Federal Tax Marital Status | Married filing jointly (or Qualifying widow(er)) |
| Federal Allowances | 0 |
| Federal Addl Withholding | $0.00 |
| W-4 - Total Dependent Amount | 4,000 |
| W-4 – Multiple Jobs or Spouse Work | No |
| W-4 – Other Income | 0 |
| W-4 - Deduction | 0 |
| CA Tax Marital Status | Single or Married (with two or more incomes) |
| CA Allowances | 0 |
| CA Addl Withholding | $0.00 |

## Hours and Earnings

| Description | Prior Period Begin Date | Prior Period End Date | Rate | Current Hours | YTD Hours | Current Earnings | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Accr Stock Div Equivalent | | | | | | | 200.72 |
| Incentive | | | | | | | 3,583.57 |
| *GTL Imputed | | | | | | | 27.90 |
| *GTL Offset | | | | | | | -4.65 |
| Occasional Illness | | | 34.16 | | 33.4 | 1,255.04 | 2,396.00 |
| Regular Earnings | | | | | | | 7,293.39 |
| RS Unit Vesting | | | | | | | 3,662.68 |
| Global Recognition | | | | | | | 9.28 |
| Well Rewards | | | | | | | 89.83 |
| Short Term Disability Leave Pay - 100% | | | | | | | 10,873.66 |
| CA Disability Offset | | | | | | | -9,764.36 |
| CA Disability Offset | | | | | | | -18,217.64 |
| Occasional Illness | 08/16/2026 | 08/31/2026 | 34.16 | -36.74 | 33.4 | -1,255.04 | |
| STD Leave Pay-70% | | | | | | | 17,521.03 |
| **Total (Hours and Earnings)**<br>* indicates an Imputed Earning | | | | | | **0.00** | **17,671.41** |

## Employee Taxes

| Description | Current Wages | YTD Wages | Current Withheld | YTD Withheld |
|---|---|---|---|---|
| Social Security | 0.00 | 15,486.04 | 0.00 | 960.13 |
| Medicare | 0.00 | 15,486.04 | 0.00 | 224.55 |
| Federal Withholding | 0.00 | 0.00 | | 1,713.83 |
| State Tax (Work) - CA | 0.00 | 14,890.42 | | 680.37 |
| CA State Dis Ins - CASI | 0.00 | 15,462.79 | 0.00 | 201.02 |
| **Total (Taxes)** | | | **0.00** | **3,779.90** |

## Direct Deposit Distribution

| Financial Institution | Account | Type | Amount |
|---|---|---|---|
| BANK OF AMERICA, N.A. | ******8032 | | 0.00 |

## Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| AD&D Insurance | | 12.93 |
| Pre-tax 401(k) | | 595.62 |
| Dental (Adjustment) | | -247.64 |
| Dental (Regular) | | 526.64 |
| Health FSA | | 275.94 |
| Medical (Adjustment) | | -1,458.93 |
| Medical (Regular) | | 3,035.29 |
| Purchased Time Off (Adjustment) | | -56.95 |
| Purchased Time Off (Regular) | | 56.93 |
| Vision (Adjustment) | | -37.84 |
| Vision (Regular) | | 79.00 |
| **Total (Pre-Tax Deductions)** | | **2,780.99** |

## After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Child Life Insurance | | 0.63 |
| Critical Illness Ins (Adjustment) | | 5.48 |
| Critical Illness Ins (Regular) | | 56.93 |
| 401(k) Plan Loan (001) | | 1,572.69 |
| 401(k) Plan Loan (002) | | 228.64 |
| GUOffsetWEL | | 56.10 |
| Pre-Paid Legal Plan (Adjustment) | | -29.00 |
| Pre-Paid Legal Plan (Regular) | | 38.79 |
| LTD Insurance-After Tax | | 0.39 |
| Medical Post-Tax (Adjustment) | | 496.54 |
| RSU Vest Net | | 2,287.33 |

# Payslip Details

| After-Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **YTD** |
| RecognitionGUOffset | | 5.73 |
| Assoc Supp Life Ins | | 3.15 |
| **Total (After-Tax Deductions)** | | **4,723.40** |

| Pay Summary | Gross (less imputed) | less Pre-Tax Deductions | less Taxes | less After-Tax Deductions | equals Net Pay |
|---|---|---|---|---|---|
| **Current** | 0.00 | | 0.00 | | 0.00 |
| **YTD** | 17,648.16 | 2,780.99 | 3,779.90 | 4,723.40 | 6,363.87 |

Visit HR Connect > Money > Payslips for information about your payslip. If you have questions, please contact the Global HR Service Center at 800.556.6044

# Payslip Details

| Time Off (Note: If you are a salaried employee, benefit hours taken may not be reflected in the available balance) | | | |
|---|---|---|---|
| **Description** | **Current Period Accrual** | **Current Period Hours Taken** | **Available Balance** |
| US - Occasional Illness | 0 | 0 | 40.08 |
| US – Vacation | 0 | 0 | 160 |
| US - Public Health Event | 0 | 0 | 0 |