Charles W. Daff, Bar No. 76178
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618
Telephone: (657) 218-4800
Facsimile: (657) 218-4858
Email: charleswdaff@gmail.com

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 6;26-bk-17928 RB |
| | ) | |
| DAVID MONDRAGON<br>STEPHANIE MONDRAGON | ) | Chapter 7 |
| | ) | |
| | ) | **NOTICE OF WITHDRAWAL OF TRUSTEE'S NO ASSET REPORT** |
| | ) | |
| Debtor(s). | ) | |

TO THE DEBTOR, U.S. TRUSTEE, AND OTHER PARTIES IN INTEREST:

YOU ARE HEREBY NOTIFIED that the Chapter 7 Trustee hereby withdraws his "Trustee's Report of No Assets" previously filed on 11/16/2026. Said report was filed prematurely.

DATED: November 26, 2026

Charles W. Daff
Chapter 7 Trustee